UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MALCOLM WASHINGTON,
Plaintiff,

v. 3:26-cv-1373 (AJB/CBF)

ENDICOTT POLICE DEPARTMENT, et al.,
Defendants.

---

APPEARANCES:

MALCOLM WASHINGTON
*Plaintiff, pro se*
1903 East Main St.
Apt 3E
Endicott, NY 13760

**CARLA B. FREEDMAN**, United States Magistrate Judge

**ORDER**

The Clerk has sent to the Court for review a complaint submitted *by pro se* plaintiff Malcolm Washington ("Plaintiff"). Dkt. No. 1. Plaintiff has not paid the filing fee for this action and seeks leave to proceed *in forma pauperis* ("IFP application"). Dkt. No. 2. Upon review, Plaintiff's IFP application demonstrates economic need. *See* 28 U.S.C. § 1915(a). Therefore, he is granted permission to proceed IFP.[1]

**ACCORDINGLY**, it is hereby

**ORDERED** that Plaintiff's IFP application (Dkt. No. 2) is **GRANTED**; and it is further

---

[1] Plaintiff will still be required to pay other fees that he may incur in this action, including but not limited to copying, transcripts, and/or witnesses fees.

**ORDERED** that all pleadings, motions, and other documents relating to this action must bear the case number assigned to this action and be filed with the Clerk of the United States District Court, Northern District of New York, 7th Floor, Federal Building, 100 S. Clinton St., Syracuse, New York 13261-7367. Any paper sent by a party to the Court or the Clerk must be accompanied by a certificate showing that a true and correct copy of same was served on all opposing parties or their counsel. Any document received by the Clerk or the Court which does not include a proper certificate of service will be stricken from the docket. Plaintiff must comply with all requests by the Clerk's Office for any documents that are necessary to maintain this action. All parties must comply with the Local Rules of Practice for the Northern District of New York in filing motions. **Plaintiff must promptly notify the Clerk's Office and all parties or their counsel, in writing, of any change in his address; the failure to do so will result in the dismissal of this action**; and it is further

**ORDERED** that the Court shall serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: October 19, 2026
Syracuse, New York

Carla B. Freedman
U.S. Magistrate Judge